IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARINA H. AVAGIMOVA<br><br>    Plaintiff,<br><br>    vs.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; and DOES 1-20, Inclusive<br><br>    Defendants. | Case No.: 2:11-CV-01783-RSM<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE |

THIS MATTER having come on for Plaintiff Marina Avagimova's Motion to Dismiss with Prejudice, and the court having considered the records and files, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff Marina Avagimova's Motion to Dismiss with Prejudice is GRANTED.

DONE IN OPEN COURT this 2 day of April 2013.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:
MORRIS LAW OFFICE

/s/ Lakisha M. Morris
Lakisha M. Morris, WSBA #41365
*Attorneys for Plaintiff, Marina Avagimova*

ORDER TO DISMISS WITH PREJUDICE - 1

MORRIS LAW OFFICE
1200 Westlake Ave. N, Suite 1006
Seattle, WA 98109
Telephone: 253-327-6616
Fax: 253-590-0094